United States District Court
Southern District of Texas
**ENTERED**
April 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 6:20-CR-31 |
| | § | |
| JOHN WESLEY RIEHS; aka BIG JOHN, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER DENYING DEFENDANT'S FIRST MOTION FOR BOND

Pending is defendant John Wesley Riehs' First Motion for Detention Hearing. (D.E. 26). On March 23, 2020, the undersigned ordered Mr. Riehs detained pending trial. The reasons are set forth in a written Memorandum Opinion and Order of Detention. (D.E. 23). The undersigned allowed the detention hearing to be re-opened to consider the pending motion. On April 16, 2020, a second detention hearing was held where the undersigned considered testimony of witnesses, additional proffers of testimony, and arguments of counsel.

Having considered all matters before the Court, the undersigned finds that the defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community. The evidence before the Court indicates the defendant continued to use methamphetamine while on bond in a state case for offense related to the federal case. After being placed on bond in the state case, Mr. Riehs was arrested on

two separate occasions and found to be in possession of methamphetamine. The defendant's serious substance abuse problem is such that he is a poor candidate for bond. The defendant's motion to be released on bond is **DENIED.**

    ORDERED this 16th day of April 2020.

                                                        Jason B. Libby
                                          United States Magistrate Judge